
RECEIVED
IN MONROE, LA

DEC 0 6 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAVID LAVENE GAYDEN | CIVIL ACTION NO. 06-1837 |
| VS. | SECTION P |
| ALLEN CUPP, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 5 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE